UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

YOJAYDI GUTIERREZ,

                     Plaintiff,

v.

FAMOUS HORSE, INC. a/k/a V.I.M., d/b/a VIM STORES, and JOSEPH JOSEPH, SARAH JOSEPH, and MOHAMMED MAZID, *individually*,

                     Defendants.

Civil Action No.: _____

---

## NOTICE OF REMOVAL

TO:    THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF NEW YORK

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants Famous Horse, Inc. d/b/a V.I.M. ("VIM") (improperly captioned by Plaintiff as "Famous Horse, Inc. a/k/a V.I.M., d/b/a VIM Stores), Joseph Joseph, Sarah Joseph, and Mohammed Mazid (collectively, "Defendants") hereby remove the above-captioned action from the Supreme Court of the State of New York, County of Nassau, to the United States District Court for the Eastern District of New York, and in support thereof states as follows:

### I.   PROCEDURAL HISTORY

1.    On or about May 3, 2023, Plaintiff Yojaydi Gutierrez ("Plaintiff") filed a Summons and Complaint and against Defendants in the Supreme Court of the State of New York, County of Nassau, under Index No. 607122/2023, which were signed by Plaintiff's counsel. Copies of the Summons and Complaint are annexed hereto as **Exhibit A**.

2.    Plaintiff served Defendants by having her counsel provide copies of the Summons and Complaint and Notices of Electronic Filing to Defendants' counsel, Glenn Grindlinger, Esq.

of Fox Rothschild LLP.  Copies of the Notices of Electronic Filing are annexed hereto as **Exhibit B**.

3.     Mr. Grindlinger accepted service of the papers on behalf of Defendants and executed an Acknowledgement of Service on May 5, 2023.  A copy of the Acknowledgement of Service is annexed hereto as **Exhibit C**.  The Summons and Complaint and Notices of Electronic Filing forms contain all process, pleadings, and orders served on Defendants prior to removal of this action.

## II.     FEDERAL QUESTION JURISDICTION

4.     Removal is proper under 28 U.S.C. §§ 1441(a) and 1331 because, as pled in the Summons and Complaint, Plaintiff alleges that Defendants interfered with the exercise of her rights under the Family and Medical Leave Act ("FMLA") and discriminated against her for exercising her FMLA rights.  As the FMLA is a federal statute codified at 29 U.S.C. § 2601 *et. seq.*, this Court has original jurisdiction over this action based on federal question.

5.     In addition to the causes of action arising under the FMLA, Plaintiff purports to allege claims arising under the New York Labor Law and New York State Human Rights Law, and the regulations promulgated thereunder.  This Court has supplemental jurisdiction over these causes of action pursuant to 28 U.S.C. § 1367(a).

## III.     THE PROCEDURAL REQUIREMENTS HAVE BEEN SATISFIED

6.     Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within thirty (30) days after Defendants initially received notice of the lawsuit commenced in state court.

7. The state court action was commenced in the Supreme Court of the State of New York, County of Nassau. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## IV. **NOTICE TO PLAINTIFF AND THE STATE COURT**

8. Contemporaneously with the filing of this Notice of Removal, and pursuant to 28 U.S.C. § 1446(d), written notice of this filing and any attendant supplementary papers required by this Court will be provided to Plaintiff and a copy of the Notice of Removal will be filed with the Clerk of the State Court.

## V. **NON-WAIVER OF DEFENSES**

9. By removing this action from the Supreme Court of the State of New York, County of Nassau, Defendants do not waive or intend to waive any available rights, claims or defenses.

10. Furthermore, by removing this action from the Supreme Court of the State of New York, County of Nassau, Defendants do not admit any of the allegations in Plaintiff's complaint.

**WHEREFORE,** pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendants respectfully request that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Supreme Court of the State of New York, County of Nassau, to the United States District Court for the Eastern District of New York. In the event this Court has a question regarding the propriety of this Notice of Removal, Defendants request the opportunity to submit evidence, points, and authorities further supporting the removal of this action.

Dated: New York, New York
        May 25, 2023

                                            Respectfully submitted,

                                    By:  /s/ *Glenn S. Grindlinger*
                                        Glenn S. Grindlinger
                                        Nicole E. Price
                                        **FOX ROTHSCHILD LLP**
                                        101 Park Avenue, 17th Floor
                                        New York, New York 10178
                                        (212) 878-7900
                                        ggrindlinger@foxrothschild.com
                                        nprice@foxrothschild.com

                                        *Attorneys for Defendants Famous Horse, Inc. d/b/a V.I.M., Joseph Joseph, Sarah Joseph, and Mohammed Mazid*

145593450.1

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and accurate copy of the Notice of Removal, submitted by Defendants Famous Horse, Inc. d/b/a V.I.M. ("VIM") (improperly captioned "Famous Horse, Inc. a/k/a V.I.M., d/b/a VIM Stores), Joseph Joseph, Sarah Joseph, and Mohammed Mazid (collectively, "Defendants"), to be served upon the parties named below as follows:

Via Electronic Court Filing (ECF):

> Brenna B. Mahoney
> Clerk of Court
> United States District Court
> Eastern District of New York
> 225 Cadman Plaza East
> Brooklyn, New York 11201

Via electronic filing through New York State Court Electronic Filing (NYSCEF) and First Class U.S. Mail:

> Ananias Grajales, Esq.
> Chief Clerk's Office
> Supreme Court of New York
> County of Nassau
> 100 Supreme Court Drive
> Mineola, New York 11501

> KLEINMAN GINZBERG LLP
> Elan A. Ginzberg, Esq.
> One Old Country Road, Suite 320
> Carle Place, New York 11514
> *Attorneys for Plaintiff Yojaydi Gutierrez*

Dated: New York, New York
May 25, 2023

                                                              /s/ *Glenn S. Grindlinger*
                                                                Glenn S. Grindlinger