| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |
| BEFORE: STEVEN I. LOCKE<br>         U.S. MAGISTRATE JUDGE | DATE: 7/6/2023<br>TIME: 11:00 am |

CASE:  **CV 23-3905 (DG) Gutierrez v. Famous Horse, Inc. et al**

TYPE OF CONFERENCE:   PREMOTION/INITIAL            FTR: 11:00-11:06

APPEARANCES:
  For Plaintiff:   Elan Ginzberg and Randy Kleinman

  For Defendant: Glenn Grindlinger

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   ORDER: REPORT AND RECOMMENDATION – based on the parties' stipulation on the record that they agree to go to arbitration, the Court recommends sua sponte that this case be dismissed without prejudice so that the arbitration may take place, and if appropriate under the circumstances, the parties can explore litigation in court at a future date.
.

                                                                SO ORDERED

                                                                 /s/Steven I. Locke
                                                                STEVEN I. LOCKE
                                                                United States Magistrate Judge